# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153957

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 153957
                                COA: 331229

TIMOTHY EUGENE SAMPSON,             Wayne CC: 11-011795-FC
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 10, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0906

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk